

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00409-CR

Adam **MARROQUIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4359
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 31, 2018.

_____
Irene Rios, Justice